IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  SHENETTE Y. PREVO | § | CASE NO.  08-30815-H4-13 |
| | § | |
| Debtor(s) | § | Chapter 13 |
| | § | |

### ORDER ON DEBTOR'S OBJECTION TO
### PROOF OF CLAIM OF CITI RESIDENTIAL LENDING

CAME ON FOR CONSIDERATION the Debtor's Objection to the Proof of Claim of Citi Residential Lending dated February 15, 2008 in the amount of $147,846.40, and this Court having reviewed the pleadings and other matters has determined that the amount of the Claim shall be $_____.

DATE SIGNED_____.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Reese W. Baker
BAKER & ASSOCIATES, L.L.P.
5151 Katy Freeway, Suite 200
Houston, TX 77007
(713) 869-9200
(713) 869-9100 - Facsimile
ATTORNEYS FOR DEBTORS