UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: SHENETTE PREVO | § | Case No.: 08-30815-H4-13 |
| | § | |
| Debtor | § | Chapter 13 |
| | § | |

**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM**

Please take notice that a hearing will be held on **June 23, 2008,** at **9:00 a.m.** in the United States Bankruptcy Court, 515 Rusk Avenue, 6th Floor, Courtroom 600, Houston, TX 77002 to consider and act upon the following: Debtor's Objection to Proof of Claim of Citi Residential Lending.

/s/ Patrick J. Gilpin, Jr.
_____
Patrick J. Gilpin, Jr.
TX Bar No. 24044739
5151 Katy Freeway #200
Houston, Texas 77007
(713) 869-9200
(713) 869-9100 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

A copy of the forgoing Notice of Hearing on Debtor's Objection to Proof of Claim has been mailed by United States Mail to all parties of interest in this case on June 12, 2008.

Citi Residential Lending            CM/ECF Electronic Delivery
P.O. Box 769
Orange, CA 92866-9998

David G. Peake                      CM/ECF Electronic Delivery
9660 Hillcroft, #430
Houston, TX 77096

Shenette Y. Prevo                   U.S. Mail
6927 Sterling Hollow Dr.
Katy, Texas 77449

/s/ Patrick J. Gilpin, Jr.
_____
Patrick J. Gilpin, Jr.

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of the forgoing Notice of Hearing on Debtor's Objection to Proof of Claim was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002, on June 12, 2008 by electronic delivery by the clerk of the Bankruptcy Court.

/s/ Patrick J. Gilpin, Jr.
_____
Patrick J. Gilpin, Jr.